01-15-00815-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV - 3 2015

CHRISTOPHER A. PRINE
CLERK

CAUSE NO. 1223224

The State of Texas

vs

R.T. Handye

In The First Court Of Appeal
District of Texas
at Houston

Motion To Court Requesting copys Of Clerk's Record And Reporter's Records TO Perfect his Appellant's Brief on Appeal

TO The Honorable Judges of Said Court.

Comes Now the Defendant in the above Entitled and Number Cause And moves this Court about defendant. These Needed Records to Perfect his Appeal. On his Chapter 64 DNA Retesting.

I

Defendant is illegally confined And Restrained of his Liberty By the Director of The Texas Department of Criminal Justice Institutional Division TDCJID By Virtue of the Judgement and sentence IN Cause NO. 1223224.

## II

Defendant is Requesting these Records Not Only to Protect his Appellant's Brief But Need to supplement the Record. Defendant's IS Indigen and unable to pay the costs of these Records on Appeal. Defendants Prays the court will send him the Record. Or. Send the to the Law Library at the Loffield Unit where he view the Records to Protect his Appellants Brief on Appeal. In the interest of Justice.

Werefore Considered. the Defendant Pray's that this Court grants this Motion And enter And order consisent here with

### Certificate of Services

The Undersigned Pro se certifies that a copy of the foregoing motion has Been served on the State of Texas By delivering a copy of the same to the Assistance District Attorney For Harris County Texas

cc. Devon Anderson
    District Attorney
    Appellate Division

ORDER.

Be it Remember that the foregoing motion was Presented to the Court on the ____ day of ____ 2015 And it is there fore Order that said motion is hereby Granted.

Signed this ____ day of ____ 2015

Judge Presiding

_____

R.T. Handley # 1757761
Coffield Unit V-116B
2661 F.m 2054
TENNESSEE Colony To 75884

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
NOV - 3 2015
CHRISTOPHER A. PRINE
CLERK

First Court of Appeals
301 Fannin Street
Houston Texas 77009-2066



7700220669